

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
WESTCHESTER REGIONAL OFFICE

MEMO ENDORSED

August 21, 2024

Honorable Nelson S. Roman  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Re:   *S.K. v. Donovan*, 22-CV-8981 (NSR)

Dear Judge Roman:

    I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, and I represent Defendant Sean Donovan in the above referenced 42 U.S.C. § 1983 case.

    On August 2, 2024, Magistrate Judge Krause extended the time for the parties to file a joint status update letter regarding whether we received Plaintiff's Office of Mental Health (OMH) Records to August 16, 2024. (*see* ECF #47).

    On August 16, 2024, Plaintiff's counsel, on behalf of and with consent of both parties, filed a letter directed to Magistrate Judge Krause providing a status update and outlining the proposed expert discovery schedule. (*see* ECF #48). The schedule is as follows: Plaintiff shall provide all expert reports and expert disclosure on or before October 15, 2024. *Id*. Defendant shall provide all expert report and expert disclosures on or before December 15, 2024. *Id*. Expert depositions shall be concluded on or before February 15, 2024. *Id*. Judge Krause endorsed the proposed expert discovery schedule, and set down a telephonic conference for November 14, 2024, to confirm that expert discovery is proceeding as scheduled. *Id*.

    Presently, Your Honor has scheduled a telephonic case management conference on October 2, 2024. (*see* ECF #26). Defendant is requesting, with consent of Plaintiff's counsel, that the telephonic case management conference be adjourned until after the expert discovery deadlines, to ensure that the conference takes place after all discovery is complete.

---

**In light of the extension of the discovery deadlines, Deft's request to adjourn the Oct. 2, 2024 Status Teleconf is GRANTED with Pltf's consent. The Status Teleconf is adjourned until Mar. 13, 2025 at 10:00am. Counsel are directed to this Court's Order at ECF No. 26 for dial-in instructions. Clerk of Court is requested to term. the motion at ECF No. 50.**

**Dated: October 1, 2024**  
**White Plains, NY**

SO ORDERED:

/s/ Hon. Nelson S. Roman  
HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/01/2024

2

Respectfully submitted,

*Robert Feliu*

Robert C. Feliu
Assistant Attorney General
(914) 422-8768