**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SARA KIELLY,

                Plaintiff,

      -against-                                        22 **CIVIL** 8981 (NSR)

                                                  **JUDGMENT**

SEAN P. DONOVAN,

                Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated December 3, 2025, Defendant Sean P. Donovan's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        December 4, 2025

                                    **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

                    **BY:**          K. Mango

                                  _____
                                      **Deputy Clerk**